Case 4:07-cv-00402-SPM-WCS   Document 19-2   Filed 09/28/2007   Page 1 of 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP), as an organization and representative
of its members, *et al.*,

        Plaintiffs,

vs.

KURT S. BROWNING, in his official capacity as
Secretary of State for the State of Florida,

        Defendant.

Civil No. 4:07cv402 SPM/WCS

---

### STIPULATED SCHEDULING ORDER

---

THIS CAUSE comes before the Court on the parties' Joint Motion for Entry of Stipulated Scheduling Order, filed September 28, 2007. The Court is fully advised of the premises and determines that there is good cause for granting the Motion and entering this Stipulated Scheduling Order.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**, and

**IT IS FURTHER ORDERED THAT** this case shall proceed according to the following schedule:

| | | |
|---|---|---|
| 1 | Deadline to serve Discovery Requests | Oct. 3, 2007 |
| 2 | Earliest date to take depositions | Oct. 9, 2007 |

| 3 | Deadline to object to Discovery Requests | Oct. 10, 2007 |
| 4 | Deadline to respond to Interrogatories | Oct. 19, 2007 |
| 5 | Deadline to complete document production | Oct. 31, 2007 |
| 6 | Deadline to complete depositions | Nov. 7, 2007 |
| 7 | Deadline for Plaintiffs to file and serve supplemental submission concerning additional evidence gained through discovery | Nov. 14, 2007 |
| 8 | Deadline for Defendant to file and serve response to motion for preliminary injunction, including supporting declarations. | Nov. 19, 2007 |
| 9 | Deadline for parties to take depositions of affiants first presented in Nov. 14 & 19 filings | Nov. 30, 2007 |
| 10 | Deadline for Plaintiffs' reply brief | Dec. 3, 2007[1] |
| 11 | Hearing on Motion for Preliminary Injunction | Dec. ____, 2007 [upon the Court's availability during the first two weeks of December, 2007] |

**DONE AND ORDERED** in Chambers at Gainesville, Florida, this ___ day of October, 2007.

STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record.

TAL 451434408v2 9/28/2007

---

[1] Defendant does not consent to Plaintiffs' filing of a reply memorandum absent leave in accordance with N.D. Fla. Loc. R. 7.1(C)(2).

5