IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF THE NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF
COLORED PEOPLE (NAACP),
as an organization and representative
of its members; et al.;

          Plaintiffs,

v.                                  CASE NO. 4:07CV-402-SPM/WCS

KURT S. BROWNING, in his official
capacity as Secretary of State
for the State of Florida,

          Defendant.
_____/

## ORDER PERMITTING EXTENSION OF TIME TO FILE RESPONSE

**THIS CAUSE** comes before the Court upon the "Plaintiff's Unopposed Request for Two Day Extension of Time to Respond to Defendant's Motion to Dismiss" (doc. 33). Plaintiff requests a two-day extension of time in which to file a response so that they will have time to properly address and frame all the issues raised in the Defendant's Motion to Dismiss. Defendant is unopposed to the granting of this motion.

Pursuant to Local Rule 6.1, the Court finds good cause to permit the extension of time. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion for extension of time (doc. 33) is hereby *granted.*

2. The Plaintiff shall file their response to the Defendant's Motion to Dismiss no later than **Friday, October 24, 2007.**

**DONE AND ORDERED** this twenty-second day of October, 2007.

　　　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　United States District Judge