**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCE
OF THE NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF
COLORED PEOPLE (NAACP),
as an organization and representative
of its members; et al.;
         Plaintiffs,
v.                                         CASE NO. 4:07CV-402-SPM/WCS

KURT S. BROWNING, in his official
capacity as Secretary of State
for the State of Florida,
         Defendant.
_____/

## ORDER SETTING BRIEFING SCHEDULE

THIS CAUSE comes before the Court upon the remand from the Eleventh Circuit in which the appellate court reversed and remanded this case for a resolution of the Constitutional claims raised by Plaintiffs in Count Seven and Count Eight of their Complaint and in their motion for a preliminary injunction. <u>Fla. State Conf. of the NAACP v. Browning</u>, 2008 U.S. App. LEXIS 7100 (11th Cir. Fla. Apr. 3, 2008).  It is now necessary for the parties to have an opportunity to submit supplemental briefing on the Constitutional issues that remain unresolved.

Accordingly it is ORDERED AND ADJUDGED:

1.       Plaintiffs shall have up to and including **Monday, May 5, 2008** to

file a brief supplementing the claims supporting their motion for a preliminary injunction.

2. Defendant shall file a response on or before **Monday, May 19, 2008.**

3. An evidentiary hearing on the pending issues shall be held on **Friday, June 6, 2008 at 10:00 am** at the federal courthouse in Gainesville, Florida.

DONE AND ORDERED this 24th day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge