**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

FLORIDA STATE CONFERENCE
OF THE NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF
COLORED PEOPLE (NAACP),
as an organization and representative
of its members; et al.;

        Plaintiffs,

v.                                    CASE NO. 4:07CV-402-SPM/WCS

KURT S. BROWNING, in his official
capacity as Secretary of State
for the State of Florida,

        Defendant.
_____/

## ORDER GRANTING MOTION TO SUBSTITUTE

THIS CAUSE comes before the Court upon the "Notice of Change of Affiliation and Substitution of Counsel" (doc. 157), in which the Plaintiffs' counsel J. Adam Skaggs, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP requests that his affiliation be changed to represent his new affiliation with the Brennan Center for Justice at NYU School of Law.  The notice states that Skaggs will take the place of Justin Levitt at the Brennan Center.   Though not specifically stated, this Court will construe this motion as a request for leave for Justin Levitt to withdraw from this case.

Pursuant to Local Rule 11.1(F), it is **ORDERED AND ADJUDGED** as

follows:

1. The motion to withdraw and substitute (doc. 157) is hereby ***granted***.

2. Attorney Justin Levitt of the Brennan Center is relieved of further responsibility in this case.

3. Attorney J. Adam Skaggs is substituted in place of Justin Levitt at the Brennan Center.

4. Attorney J. Adam Skaggs should no longer be represented as being affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

5. The Clerk of the Court shall update the docket to reflect this withdrawal, change of affiliation, and substitution of counsel.

DONE AND ORDERED this <u>twenty-ninth</u> day of July, 2008.

<u>   *s/ Stephan P. Mickle*   </u>
Stephan P. Mickle
United States District Judge