IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF THE
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE,
et al.,

        Plaintiff,

Case No. 4:07-cv-402-SPM/WCS

vs.

KURT S. BROWNING,

        Defendant.

_____/

## ORDER GRANTING EXTENSION OF STAY

THIS CAUSE comes before the Court upon the Parties' Joint Motion (doc. 210) for a thirty-day extension of the existing stay, as the Parties anticipate that a successful resolution of this case without further litigation is possible. Upon consideration, it is hereby ORDERED AND ADJUDGED as follows:

1. The Parties' Joint Motion for an Extension of Stay (doc. 210) is hereby **granted**.

2. Accordingly, this case shall remain stayed until October 16, 2009.

DONE AND ORDERED this fifteenth day of September, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge