IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF
NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE, et al.,

      Plaintiffs,

vs.                      CASE NO.: 4:07-CV-402-SPM/WCS

KURT S. BROWNING,

      Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Parties' Notice of Dismissal With Prejudice (doc. 246). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1. This case is hereby ***dismissed with prejudice***.

2. The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>first</u> day of March, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge